

# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2018

No. 04-17-00565-CV

David **MORA**, Texas Sterling Construction Co. a/k/a Texas Crushed Concrete, and Sterling Construction Company, Inc. a/k/a Sterling Delaware Holding Company, Inc.,
Appellants

v.

Martin **VALDIVIA** Sr. and Maria Cervantes Valdivia, both Individually and as Sole Heirs of the Estate of Martin Valdivia Jr., Deceased,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI09734
Honorable Michael E. Mery, Judge Presiding

# O R D E R

After we granted Appellees' first motion for extension of time to file the brief, Appellees' brief was due on October 12, 2018. *See* TEX. R. APP. P. 38.6(b), (d). Before the extended due date, Appellees filed an unopposed second motion for a thirty-day extension of time to file the brief until November 12, 2018. *See id.* R. 10.5(b).

Appellees' motion is GRANTED. Appellees' brief is due on November 12, 2018. Any further motion for an extension of time to file Appellees' brief is discouraged

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court